# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON NORIEGA,<br><br>          Plaintiff,<br><br>     v.<br><br>EQUIFAX, INC., et al.,<br><br>          Defendants. | Case No. 16-cv-04648 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 19 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 30 days.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated:  December 7, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge